UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKIE R. CARROLL,<br><br>                   Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                  Defendant. | CASE NO. 11-cv-05607 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 17).

(2) For the reasons set forth in the Report and Recommendation, this Court has subject matter jurisdiction to hear plaintiff's claim and defendant's Motion to Dismiss is DENIED.

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 7th day of November, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1