UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKIE R. CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 11-cv-05607 RJB-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

　　　This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration.  (ECF No. 19.)

　　　After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

1    On remand, based on the relevant record, this Court recommends that the Administrative

2 Law Judge hold a hearing and issue a decision.

3    This Court further recommends that the Administrative Law Judge take any other actions

4 necessary to develop the record.  In addition, plaintiff should be allowed to submit additional

5 evidence and arguments to the ALJ on remand.

6    Given the facts and the parties' stipulation, the Court recommends that the District Judge

7 immediately approve this Report and Recommendation and order the case be **REVERSED** and

8 **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

9    Dated this 9th day of February, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge