# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICKIE R. CARROLL, | CASE NO. 11-5607 RJB-JRC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. The Court has considered the Report and Recommendation and the remaining file.

It is hereby **ORDERED** that:

1) The Report and Recommendation (Dkt. 20) **IS ADOPTED**;

2) After reviewing the parties' stipulation, the case **IS REVERSED** and **REMANDED** to the Commissioner for further proceedings as stated in the Report and Recommendation.

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

1     The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge J. Richard Creatura, all counsel of record, and to any party appearing *pro se* at said party's last known address.

    Dated this 10th day of February, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge